No. 1229. PEETE *v.* CALIFORNIA. April 10, 1947. Petition for writ of certiorari to the Supreme Court of California denied. The motion for a stay is also denied. *Morris Levine* for petitioner.

No. 129, Misc. EX PARTE ROCKOWER. April 14, 1947. The request of the petitioner for leave to withdraw the application filed herein is granted.

No. 133, Misc. EX PARTE FAHEY ET AL. April 14, 1947. A rule is ordered to issue, returnable Monday, April 28, next, requiring the respondents to show cause why leave to file the petition for writ of mandamus and/or prohibition and/or injunction should not be granted. The cause is assigned for argument on the return to the rule immediately following the hearing in *Fahey* v. *Mallonee,* No. 687. All proceedings tending to effectuate the order of the District Judge granting a motion with respect to costs and expenses of certain appellees in case No. 687 and counsel fees are hereby stayed pending the further order of this Court. *Acting Solicitor General Washington* for petitioners.